# EXHIBIT B

RECORDING REQUESTED BY

**STATE OF CALIFORNIA
CALIFORNIA DEPARTMENT OF TAX AND
FEE ADMINISTRATION**

AND WHEN RECORDED MAIL TO

**CALIFORNIA DEPARTMENT OF TAX AND
FEE ADMINISTRATION
PO BOX 942879
SACRAMENTO, CALIFORNIA 94279-0055**

Recorded in Official Records, Orange County
Hugh Nguyen, Clerk-Recorder

**NO FEE**

\* $ R 0 0 1 5 7 6 2 9 4 0 $ \*

**2025000235671   09:25 am 08/26/25**
374 CRlightsOutPD N33 1
0.00 0.00 0.00 0.00 0.00 0.00 0.00 0.00 0.00 0.00

## NOTICE OF STATE TAX LIEN

Chapter 14 (Commencing with Section 7150
of Division 7 of Title 1 of the Government Code)

Filed with: ORANGE COUNTY

**Certificate Number 475437**

The California Department of Tax and Fee Administration hereby certifies that the following named taxpayer(s):
PAUL EDALAT (XXX-XX-2974)

whose last known address was 4533 MACARTHUR BLVD NEWPORT BEACH CA 92660-2059

is/are liable to the State of California for amounts due from and required to be paid by said taxpayer(s) and duly levied and determined under the provisions of the California Sales and Use Tax Law, Part 1, 1.5, and where applicable, Part 1.6; and Article 9.5 Chapter 8 of Part 2 of Division 4 of the Public Resource Code.

| Account Number | Tax Period | Assessment | Balance |
|---|---|---|---|
| 053-013230 | July 1, 2011 - January 17, 2012 | May 28, 2025 | $570.00 |
| 230-991104 | January 1, 2021 - December 31, 2021 | February 24, 2025 | $27,267.56 |
| | | TOTAL | $27,837.56 |

Additional interest may accrue at the modified adjusted rate established pursuant to section 6591.5 or 19521 of the Revenue and Taxation Code. Further, additional penalties and collection cost recovery fees may accrue by operation of law. The California Department of Tax and Fee Administration further certifies that it has complied with all of the provisions of the above-cited law, act, or ordinance in its determination of the amounts required to be paid. The liability above set forth is a lien upon all real property and rights to such property, including all after-acquired property and rights to property belonging to the above-named taxpayer(s).

The California Department of Tax and Fee Administration has duly authorized the undersigned to execute this Notice in its name.

Lien ID: 863596

Dated August 26, 2025
At Sacramento, California

The agency has adopted the use of a facsimile signature as shown below:

By *Thomas Gates*
Thomas Gates, Authorized Representative

CDTFA-5100 (5-18)
bL0002-18

Document Number: 2025000235671   Page: 1 of 2

THIS IS A CERTIFIED COPY OF THE
RECORD IF IT BEARS THE SEAL, AND
SIGNATURE OF THE ORANGE
COUNTY CLERK-RECORDER.

DATE: Sep 16, 2025

CERTIFICATION FEE: 2.00

COUNTY CLERK-RECORDER

Hugh Nguyen

ORANGE COUNTY
STATE OF CALIFORNIA