IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT, IN AND FOR ORANGE COUNTY, FLORIDA

PAUL EDALAT,

    Plaintiff,

v.

NBA PROPERTIES, INC.

    Defendant.

_____/

Case No: 2025-CA-002038-O
**Complex Business Litigation Court**

## SECOND AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, PAUL EDALAT ("Edalat"), sues Defendant, NBA PROPERTIES, INC. ("NBA"), and alleges:

## INTRODUCTION

1. Plaintiff, Edalat, brings this action for breach of contract against the Defendant, NBA Properties, Inc., which does business under the tradenames "National Basketball Association" or "NBA," an affiliate entity through which the basketball league known as the National Basketball Association conducts commercial activities. Edalat seeks millions of dollars in damage for the NBA's failure to pay the commission due to him for having facilitated and procured a sponsorship agreement between the NBA and Emirates Airlines.

## PARTIES, JURISDICITON, AND VENUE

2. Plaintiff. Edalat, resides in California.

3. Defendant, NBA Properties, Inc., is a New York corporation.

4. The Court has personal jurisdiction over the NBA under Section 48.193(2), Florida Statutes, because the NBA engages in substantial and not isolated activity within this state.

5. Venue lies in Orange County, Florida, under Section 47.051, Florida Statutes.

## GENERAL ALLEGATIONS

6. NBA Properties, Inc. controls the merchandising, marketing, and licensing activities for the professional basketball league generally operating under the name, "National Basketball Association" or "NBA." Edalat alleges upon information and belief that these activities occur within the state of Florida on a substantial ongoing basis.

7. The NBA had long pursued establishing relationships with corporate partners worldwide to expand the NBA's global presence. Dubai, the largest city in the United Arab Emirates and an affluent market with a major corporate presence, offered an attractive market in general, having developed into a Middle East and North Africa ("MENA") gateway for sports and entertainment with a keen interest in basketball given its increasing popularity in the region. It also served as the home

for Emirates Airline, which had a prominent global brand, already with active sponsorships in sports like soccer, cricket, and golf.

8. To the NBA, entering a sponsorship deal with Emirates Airline would have been a major step in furthering the NBA's global brand, especially MENA. One problem, however, existed. Despite efforts to secure any partnership with Emirates Airline as early as 2013, the NBA was unable to secure a deal, in part because of the cultural differences between the USA-centric NBA business practices and the traditional value-based culture of Emirates Airlines, and the NBA's limited experience dealing with the decision-makers at Emirates Airline.

9. The government of Dubai, through its investment corporation, The Emirates Group, owns Emirates Airline. Ultimately, the ruling family of Dubai controls Emirates Airline through CEO Sheikh Ahmed bin Saeed Al Maktoum. As is typical with MENA-region business dealings, relationships with the decision-makers are paramount to entering any agreements.

10. This impasse to establishing a partnership deal between the NBA and Emirates Airline led KiKi VanDeWeghe ("VanDeWeghe"), then Senior Vice President of Basketball Operations for the NBA, himself a long-time NBA player and all-star, to reach out and make a simple ask of his longtime friend, Plaintiff, Paul Edalat, a United States businessman of Iranian descent with deep ties to the region, including relationships with its business and government leaders. VanDeWeghe

asked if Edalat could help the NBA negotiate a sponsorship deal with Emirates Airline. At the time, VanDeWeghe did not identify through which "NBA" legal entity the contract with Edalat was being entered. Edalat has since learned, and alleges upon information and belief, that the business activities of the NBA league are conducted, and the contract was entered herein, through a legal entity known as NBA Properties Inc.

11. The NBA's partnership with its prior airline partner, Delta Airlines, was about to expire, so there was some time urgency to the matter.

12. On or about March 28, 2014, Edalat received an email from VanDeWeghe asking Edalat to *"[relay the NBA's] interest"* about the possibility of a partnership with Emirates Airline. The complete text reads:

VanDeWeghe, Kiki <KVanDeWeghe@nba.com>                                   Fri, Mar 28, 2014 at 11:27 AM
To: ": Paul Edalat" <paul@scilabs.net>

Paul

Thank you for getting back to me regarding Emirates interest in a possible partnership with the NBA.

I want to confirm our interest in having discussions with Emirates Airline about partnership opportunities within the NBA. The airline sponsorship category is currently open and everyone here is excited about the possibility of a partnership with Emirates. The Deputy Commissioner of the NBA, Mark Tatum, who was past head of Global Marketing Partnerships for the NBA, believes that Emirates would be a perfect partner. Given the NBA's strong recognition within the United States, our internationally recognizable superstars and branding potential worldwide, brought together with Emirates powerful worldwide presence and current push into United States marketplace, the timing could not be better. We would like you to relay our interest to Timothy Clark, President of Emirates, and see what is the best way for us to proceed.

Thank you again

Kiki Vandeweghe

13. Edalat agreed to help the NBA and contracted with the NBA to facilitate and procure a sponsorship agreement with Emirates Airline. To that end,

SECOND AMENDED COMPLAINT
4

Edalat engaged Mr. Zaki Kada ("Kada"), his longtime friend and colleague from the MENA-region to reach out to Emirates Airline, and Kada contacted Mr. Salem Ghanem Al-Marri ("Al-Marri"), the head of Planning, Aeropolitical, and Industry Affairs for Emirates Airline—a former colleague of Kada's—to inquire about approaching Mr. Boutros Boutros ("Boutros"), the Divisional Senior Vice President, Corporate Communications, Marketing & Brand for Emirates Airline, to share the NBA's interest in a sponsorship or partnership deal with Emirates Airline, with an emphasis on large scale MENA expansion.

14. Kada also forwarded VanDeWeghe's March 28, 2014, email to Al-Marri, to which Al-Marri responded by requesting an "official" letter from the NBA for the purposes of beginning partnership discussions and to confirm Edalat's prominent role in them. Kada sent this response to Edalat, who forwarded it back to VanDeWeghe. The wheels had been set in motion and momentum was building to pursue a sponsorship agreement between the NBA and Emirates Airline with Edalat the tip of that negotiation spear.

15. Kada and Edalat had several telephone conversations in the first few weeks of April 2014 preparing for an in-person meeting with Boutros, who Kada had already introduced to Edalat years earlier.

16. Kada, through his contact Al-Marri, introduced Edalat to Boutros in 2014 while Edalat was on a business trip to Dubai. Edalat met in person with Boutros the week of May 11, 2014, during the May 2014 Travel Show.

**THE NBA ENGAGED PLAINTIFF**

17. On May 1, 2014, critical to this meeting's occurring, VanDeWeghe issued the letter (*see* **Exhibit "A"**) on behalf of the NBA confirming:

a. The NBA was *"excited about the possibility of a potential partnership with Emirates Airline"*;

b. The NBA's *"focus is for Emirates to become the exclusive airline sponsor and partner of the NBA";* and

c. That *"Liwa North America and CEO Paul Edalat has provided this introduction and will continue to assist in seeing the process through."*

18. Based upon the representations of the NBA, Edalat accepted the engagement and undertook efforts to pursue and procure the sponsorship agreement with Emirates Airlines.

19. Edalat and the NBA had negotiated a simple commission-based compensation. Edalat and his company, Liwa North America, Inc. ("Liwa"), would be paid ten percent (10%) of the value of any sponsorship agreement and any future partnership between the NBA and Emirates Airline. Since then, Liwa has been dissolved, and Edalat has succeeded to the rights and interests of Liwa.

## PLAINTIFF PURSUES THE SPONSORSHIP FOR THE NBA.

20. Kada had planned for Edalat to meet Boutros in May 2014 at Travel Show in Dubai.

21. Edalat travelled to Dubai in early May 2014 and met with Boutros and Kada during the week of May 11, 2014. A close mutual friend of Kada and Boutros assisted in arranging a last-minute meeting with Boutros given his busy schedule. At this meeting Edalat handed Boutros the original "wet signed" letter from VanDeWeghe, and Boutros responded favorably requesting time to communicate with other senior level executives at Emirates Airline about this opportunity.

22. Edalat returned to the United States in late May of 2014, and continued to apprise Kada of conversations with the NBA about an Emirates Airline deal.

23. Boutros later indicated to Kada that he was asked by his superiors to explore a good commercial deal with the NBA. Kada related this information to Edalat, who conveyed it to VanDeWeghe, who eventually handed off the project to Mark Tatum, the NBA's Deputy Commissioner and Chief Operating Officer.

24. The discussions between the NBA and Emirates Airline, however, cooled off in 2014. VanDeWeghe advised Edalat that the NBA was renegotiating the Delta Airlines deal, and that Emirates Airline was not overly eager about a sponsorship with the NBA. VanDeWeghe advised Edalat to temporarily back off

from his activities while the NBA regrouped on its plans for an Emirates Airlines deal.

25. The Delta Airlines deal, announced in 2015, was a continuation of a 2004 sponsorship deal between Delta Airlines and the NBA.

## PLAINTIFF RE-ENGAGED BY THE NBA

26. This all changed in early 2015, when VanDeWeghe, on behalf of the NBA, asked Edalat to re-engage with Emirates Airline. The NBA's request led to renewed discussions. On July 9, 2015, Edalat advised VanDeWeghe that Emirates Airline had *"come back to the table and are interested in a potential sponsorship as the NBA's airline partner."* The complete email reads:

**From:** Paul Edalat [mailto:paul@liwana.com]
**Sent:** Thursday, July 09, 2015 3:27 PM
**To:** VanDeWeghe, Kiki
**Subject:** Emirates Airline
**Importance:** High

Dear Kiki

I hope that you are well and everything is going great at the NBA.

> As you are aware, I have contacts high up in emirates airlines with their CEO Mr. Timothy Clark and was close to putting a deal together last year regarding Emirates and the NBA on a sponsorship. Unfortunately, it fell apart last year due to unforeseen events that occurred back in June and their additional interest in the Clippers.
>
> Now they (Emirates) has come back to the table and are interested in a potential sponsorship as the NBA's airline partner. Nothing has really changed in perspective with the deal that was offered to them last year from your organization. I have attached your letter of last year's offer for your review.
>
> I have been intouch with their global marketing chief Mr. Boutros. From what I understand, he is authorized to sign off on any approved sponsorship up to $6million and can get it done pretty quickly. If over and above that amount, then he will have to have the board's approval. They are looking to expand their brand in the US and have been approached by many organizations in sports and marquee teams.
>
> I think that we can get this done pretty quick if the terms are still available and we don't need the board's approval on behalf of Emirates. Obviously this information that I am sharing with you is highly confidential and meant for the purpose of this deal and assisting in moving things along quickly. As you are one of my dearest friends and have the trust in you I have had a long term professional relationship with the royal families of Dubai and Abu Dhabi who control these companies. We can always have a call or meeting in person to further strategize a deal with Emirates.
>
> I will put you in direct touch with Mr. Boutros once you have approval on this deal and its availability. As Emirates plans to be a larger player in the US airline industry, I find it a great opportunity to take advantage of my contacts and trust with them to put a lucrative deal together for both sides.
>
> I look forward to your response and hope to see you in Vegas next week.
>
> Thanks my friend,
>
> Paul P. Edalat
>
> Vice Chairman/CEO
>
> LIWA, North America Division
>
> United States | www.LiwaNA.com
>
> Group LIWA, UAE Division
>
> Abu Dhabi, UAE | www.groupliwa.com

27.     Edalat's email led VanDeWeghe to introduce Edalat to Mark Tatum. The complete email reads:

> From: VanDeWeghe, Kiki
> Sent: Thursday, July 09, 2015 04:16 PM
> To: Paul Edalat <paul@liwana.com>; Tatum, Mark
> Subject: RE: Emirates Airline
>
> Thank you Paul. I am looping in Mark Tatum, our Deputy Commissioner, to carry the ball from our side. As I stated in my previous letter, Mark is the right person to get this done. This email will serve as an introduction for you and Mark.
>
> I will be available throughout to help in any way I am needed.
>
> Best – Kiki
>
> **Kiki VanDeWeghe**
> Senior Vice President - Basketball Operations
> Phone: +1 2124078390
> Mobile: +1 9177492872

28. Tatum acknowledged Edalat and the NBA's renewed interest in this opportunity with Emirates Airline, stating, *"We [The NBA] are still very interested in having a discussion with Emirates about a partnership"* The complete email reads:

> On Jul 9, 2015, at 4:57 PM, Tatum, Mark <mtatum@nba.com> wrote:
>
> Paul,
>
> It is a pleasure to meet you via email. We are still very interested in having a discussion with Emirates about a partnership. Let's set up a call or meeting to discuss. Please let me know when you might be available. Thanks.
>
> Best,
>
> Mark

29. The NBA negotiating team did not have the access needed to reach the decision-makers at Emirates Airline. Edalat, however, did.

30. Putting his contacts to work again, over the ensuing weeks, Edalat and Tatum attempted to coordinate an in-person or phone conference. Given his schedule limitations, Tatum was not available, but he dispatched Emillio Collins and Rachel Jacobson to meet Edalat on July 16, 2015, at the Wynn Terrace Point Café, in Las Vegas, Nevada, to discuss this renewed opportunity with Emirates Airline. The complete email showing the initial scheduling of this July 16, 2015, meeting reads:

> **RE: Emirates Airline (Call with Mark Tatum / NBA)**
>
> Santiago, Iveliz <ISantiago@nba.com>                                      Wed, Jul 15, 2015 at 7:38 AM
> To: Paul Edalat <paul@liwana.com>
> Cc: "Duperval, Arielle" <ADuperval@nba.com>
>
> Dear Paul,
>
> Thank you for your kind reply.
>
> Unfortunately, Thursday (7/16) at 7:30am is the only time Mark is able to meet as he has meetings that morning and then is immediately traveling back to NY.
>
> I will send you a calendar notice for now to hold the time and if we need to cancel then we can.
>
> <u>Thursday, 7/16 @ 7:30am</u>
>
> Breakfast Meeting - LIWA, North America Division / NBA
>
> Location: Wynn Las Vegas - Terrace Pointe Café
>
> <u>Walking Directions from Wynn Las Vegas Lobby:</u>
> To walk to Terrace Point Café you turn right when you exit the Tower Suites Lobby and walk towards the B Bar, at the B Bar you make a right and walk down the hallway, Terrace Point Café will be down the hallway on the right hand side past La Cave.
>
> Thank you and I look forward to hearing from you.
>
> Best regards,
> [Quoted text hidden]

31. In his email, Tatum admitted that the NBA had been having discussions with Emirates Airline and was "equipped" to have a discussion about a potential

SECOND AMENDED COMPLAINT
11

partnership. Tatum advised that his team would explain the history of these discussions with Edalat during their meeting. The complete email reads:

> On Jul 15, 2015, at 9:46 PM, Tatum, Mark <mtatum@nba.com> wrote:
>
> Paul,
>
> Unfortunately, I won't be able to meet tomorrow morning, however, Emilio Collins and Rachel Jacobson can meet with you at the same time and place (7:30am at the Wynn Terrace Point Cafe). I've copied them on this email.
>
> Emilio is the head of our Global Marketing Partnerships Department and Rachel runs our Global Business Development group. They have actually been in discussions with Emirates and are equipped to have the conversation with you around a potential partnership with Emirates going forward. Very sorry for the schedule change but hope that you can still get together with them to discuss.
>
> Best,
>
> Mark

32. Edalat met with Emillio Collins and Rachel Jacobson on July 16, 2015, and committed to continuing discussions about a possible Emirates Airline deal. Collins admitted that the NBA's discussions with Emirates Airline team members at that time were not with decisionmakers, who the NBA had been unable to reach. An email from Ms. Jacobson acknowledges this productive meeting:

> **RE: Emirates Airline**
>
> Jacobson, Rachel <rjacobson@nba.com>                          Thu, Jul 16, 2015 at 2:46 PM
> To: "paul@liwana.com" <paul@liwana.com>
> Cc: "Tatum, Mark" <mtatum@nba.com>, "Santiago, Iveliz" <ISantiago@nba.com>, "Collins, Emilio" <ecollins@nba.com>
>
> Paul,
>
> It was very nice to meet you at Breakfast this morning. Let us have some internal discussions on this end and figure out the best next steps based on our discussion. We are all flying back today, so give us a few days and we will be in touch next week.
>
> Have a great time with your friends that are coming to town this weekend. Talk soon.
>
> Best,
> Rachel

## **THE NBA RENEWS SPONSORSHIP WITH DELTA AIRLINES**

33. By the end of summer 2015, however, Rachel Jacobson advised Edalat on a phone call that the NBA would be continuing the Delta Airline sponsorship because the NBA could not find common ground with Emirates Airline.

34. Plaintiff reasonably believes, and alleges upon information and belief, that the NBA and Delta Airlines then re-entered a ten-year agreement.

35. The NBA never terminated the contract with Edalat, as the prospect for future negotiations remained open given the NBA's fervent desire to establish a relationship with Emirates Airline. Rather, the NBA paused Edalat's efforts.

## THE NBA EMERGES WITH A DEAL WITH EMIRATES AIRLINE

36. The prospect of a sponsorship deal between the NBA and Emirates Airlines lay fallow for the following years, until February 8, 2024, when the NBA announced a multiyear global marketing partnership naming Emirates Airline the "Official Global Airline Partner of the NBA." This included such luminary features as the "NBA In-Season Tournament," and extensive co-branding. The deal was announced by none other than Mark Tatum, who had been central to the earlier initiative that had been started by Edalat, with the enthusiastic support of Emirates Airline's CEO, Sheikh Ahmed bin Saeed Al Maktoum, who said, *"The NBA is a valuable addition to our sponsorship portfolio as it allows us to connect with a vast*

*global fanbase, including in the U.S., where the game is an integral part of the country's sport culture."*[1]

37. Edalat became apprised of the deal when VanDeWeghe, now retired as an NBA executive, contacted him and advised him to "look into" the sponsorship transaction, a strong nod that Edalat been cut out of the deal.

38. Despite the years which had elapsed since Edalat, and his cohort, introduced and facilitated discussions between the NBA and Emirates Airline, the NBA and Emirates Airline picked up their discussions right where they had been left off years earlier—before the Delta Airlines renewal—between the same persons, negotiating the same deal, proving the negotiations had been paused, not irreversibly terminated. What Edalat had set in motion years earlier had now come into fruition.

39. The value of the sponsorship between the NBA and Emirates, and the ancillary financial arrangements between the two, could reach a staggering amount, easily in the tens of millions, and possibly hundreds of millions of dollars.

## PLAINTIFF SEEKS CONFIRMATION OF HIS COMMISSION

40. Not being apprised that the NBA had recommenced and eventually consummated a sponsorship deal with Emirates Airline had been disconcerting to Edalat, but those concerns became even more alarming when Edalat, through

---

[1] *See*, APNews.Com, February 8, 2024.

counsel, contacted the NBA to confirm Edalat's compensation for having facilitated the sponsorship.

41. Edalat sent a letter to the NBA on April 29, 2024, to confirm his recognition and compensation for the sponsorship. *See* **Exhibit "B"** attached hereto.

42. The NBA responded with a letter ("Spillane Letter") from its Assistant General Counsel, Dan Spillane, essentially disavowing any knowledge of Edalat and any involvement with Boutros. Incredibly, Spillane claimed, *"We have no record and are not aware of any agreement between the NBA and Edalat,"* this despite the irrefutable existence of the letter from VanDeWeghe dated May 1, 2014, creating the agreement. Edalat attaches hereto a true and correct copy of the Spillane Letter as **Exhibit "C."**

43. Since then, Edalat has secured the sworn statement from Zaki Kada ("Kada Declaration), confirming the truth that Edalat had indeed established the initial high-level relationship between the NBA and Emirates Airline that ultimately led to the sponsorship deal. Edalat attaches hereto a true and correct copy of the Kada Declaration as **Exhibit "D."**

## COUNT I
### (BREACH OF CONTRACT)

44. Plaintiff sues Defendant for damages which exceed $500,000.00 for breach of contract.

45. Plaintiff incorporates the allegations stated in paragraphs 1 through 43.

46. On or about May 1, 2014, Defendants contracted with Plaintiff to provide services in securing sponsorship deals with Emirates Airlines.

47. For this service, Defendant had agreed to pay Plaintiff a fee equal to ten percent (10%) of the value of any sponsorship deals reached.

48. Plaintiff provided the essential introductions of Defendant to Emirates Airline which eventually led to their entering a sponsorship deal on or about February 2024, valued at tens of millions of dollars.

49. Plaintiff also expended time and money working tirelessly on the project, traveling to the Middle East and within the United States to work on the project.

50. But for Plaintiff's efforts, the sponsorship relationship between the Defendant and Emirates Airline would not have occurred, certainly not within the reasonably foreseeable future at that time.

51. Despite having been the cause for procuring the Defendant's sponsorship deal, Defendant has failed and refused to pay the amounts lawfully due Plaintiffs.

52. As a direct and proximate result of Defendant's breaches, Plaintiffs has suffered direct and consequential damages millions more than the jurisdictional threshold ($500,000.00) of this Court.

WHEREFORE, Plaintiff demands judgment against the Defendant for compensatory damages and court costs.

## DEMAND FOR JURY TRIAL

Plaintiff demands a jury trial on all issues so triable.

Date: February 27, 2026     *s/ Tucker H. Byrd*
                                                        **Tucker H. Byrd**
                                                        Florida Bar No. 381632
                                                        **BYRD CAMPBELL, P.A**.
                                                        180 Park Avenue North, Suite 2A
                                                        Winter Park, Florida 32789
                                                        Telephone: (407) 392-2285
                                                        Facsimile: (407) 392-2286
                                                        Primary Email: TByrd@ByrdCampbell.com
                                                        Secondary Email: Paralegal@ByrdCampbell.com
                                                        *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 27, 2026 a copy of the foregoing was filed using the State of Florida e-Portal Filing System, which will serve a copy by email on all counsel of record.

                                     s/ Tucker H. Byrd
                                     Attorney